B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**USP TRANS, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-3507260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8001 W. 47th Street**<br>**Lyons, IL**<br>ZIP Code **60534** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **8001 W. 47th Street**<br>**Lyons, IL 60534** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **USP TRANS, INC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **USP TRANS, INC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Debra J. Vorhies Levine**
Signature of Attorney for Debtor(s)

**Debra J. Vorhies Levine 6239484**
Printed Name of Attorney for Debtor(s)

**DVL Law Offices**
Firm Name

**53 W. Jackson Blvd. Suite 404**
**Chicago, IL 60604**

_____
Address

**Email: debravlevine@yahoo.com**
**312-880-0224  Fax: 312-588-0785**
Telephone Number

**April 1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Miroslaw Schidzikowski**
Signature of Authorized Individual

**Miroslaw Schidzikowski**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 1, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **USP TRANS, INC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A-1 Fasteners, Inc**<br>**4820 S Central Ave**<br>**Chicago, IL 60638** | **A-1 Fasteners, Inc**<br>**4820 S Central Ave**<br>**Chicago, IL 60638** | **Parts** | | **5,052.28** |
| **advanced Horizons, Inc**<br>**323 Ferndale Ave**<br>**Elmhurst, IL 60126** | **advanced Horizons, Inc**<br>**323 Ferndale Ave**<br>**Elmhurst, IL 60126** | **Computer Program** | | **12,298.42** |
| **Advantage Chevrolet**<br>**9510 W. joliet Rd**<br>**La Grange, IL 60525** | **Advantage Chevrolet**<br>**9510 W. joliet Rd**<br>**La Grange, IL 60525** | | | **42,277.80**<br><br>**(0.00 secured)** |
| **Arrow Uniform Rental, Inc**<br>**640 Monroe Blvd**<br>**Taylor, MI 48180** | **Arrow Uniform Rental, Inc**<br>**640 Monroe Blvd**<br>**Taylor, MI 48180** | **uniforms** | | **71,353.87** |
| **Bank of America**<br>**135 S. LaSalle St.**<br>**Suite 1025**<br>**Chicago, IL 60603** | **Bank of America**<br>**135 S. LaSalle St.**<br>**Suite 1025**<br>**Chicago, IL 60603** | **Obligation 75** | | **500,000.00**<br><br>**(0.00 secured)** |
| **Bank of America**<br>**PO BOX 851001**<br>**Dallas, TX 75285-1001** | **Bank of America**<br>**PO BOX 851001**<br>**Dallas, TX 75285-1001** | **Credit card purchases** | | **239,080.00**<br><br>**(0.00 secured)** |
| **Bank of America**<br>**135 S. LaSalle St.**<br>**Suite 1025**<br>**Chicago, IL 60603** | **Bank of America**<br>**135 S. LaSalle St.**<br>**Suite 1025**<br>**Chicago, IL 60603** | **Obligation No. 67** | | **93,954.48** |
| **Bank of America**<br>**135 S. LaSalle St.**<br>**Suite 1025**<br>**Chicago, IL 60603** | **Bank of America**<br>**135 S. LaSalle St.**<br>**Suite 1025**<br>**Chicago, IL 60603** | **Obligation 59** | | **78,292.71** |
| **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285** | **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285** | **Credit card purchases** | | **23,908.14** |
| **Blue Cross Blue Shield**<br>**300 E. Randolph St**<br>**Chicago, IL 60601** | **Blue Cross Blue Shield**<br>**300 E. Randolph St**<br>**Chicago, IL 60601** | **Health Insurance** | | **67,741.13** |
| **Buol's Body Shop Supply, Inc**<br>**7752 W 60th**<br>**Summit Argo, IL 60501** | **Buol's Body Shop Supply, Inc**<br>**7752 W 60th**<br>**Summit Argo, IL 60501** | **Inventory** | | **3,138.97** |

B4 (Official Form 4) (12/07) - Cont.

In re **USP TRANS, INC** _____  Case No. _____

    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Flood Brothers Disposal & Recycling**<br>17 W 697 Butterfield Rd Suite E<br>Oakbrook, IL 60181 | **Flood Brothers Disposal & Recycling**<br>17 W 697 Butterfield Rd Suite E<br>Oakbrook, IL 60181 | | | **3,299.18** |
| **Illinois Department of Revenue**<br>Retailer's Occupation Tax<br>Springfield, IL 62796 | **Illinois Department of Revenue**<br>Retailer's Occupation Tax<br>Springfield, IL 62796 | | | **25,865.89** |
| **Law Office of Karen Walin**<br>13161 W. 143rd Street<br>Suite 102<br>Homer Glen, IL 60491 | **Law Office of Karen Walin**<br>13161 W. 143rd Street<br>Suite 102<br>Homer Glen, IL 60491 | **Legal Services Accounting** | **Disputed** | **9,596.35** |
| **Nicor Gas**<br>PO Box 2020<br>Aurora, IL 60507 | **Nicor Gas**<br>PO Box 2020<br>Aurora, IL 60507 | **Utility Service** | **Disputed** | **43,802.40** |
| **Pima Lyons**<br>2124 E. 175th<br>Lansing, IL 60438 | **Pima Lyons**<br>2124 E. 175th<br>Lansing, IL 60438 | **Rent** | **Disputed** | **72,000.00** |
| **Schiolzikowski Transport**<br>14462 W Rathforn Dr<br>Homer Glen, IL 60491 | **Schiolzikowski Transport**<br>14462 W Rathforn Dr<br>Homer Glen, IL 60491 | | | **28,858.81** |
| **Select PEO, Inc.**<br>13412 W Star<br>Shelby Twp, MI 48315 | **Select PEO, Inc.**<br>13412 W Star<br>Shelby Twp, MI 48315 | | | **59,403.68** |
| **The Welding Center, Inc**<br>7400 S Central Ave<br>Bedford Park, IL 60638 | **The Welding Center, Inc**<br>7400 S Central Ave<br>Bedford Park, IL 60638 | **Shop Supplies & Renting Cylinders** | **Disputed** | **58,375.00** |
| **Transportation Parts Unlimited,Inc**<br>7800 W 60th Place<br>Summit Argo, IL 60501 | **Transportation Parts Unlimited,Inc**<br>7800 W 60th Place<br>Summit Argo, IL 60501 | **Parts-Inventory** | | **25,595.55** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 1, 2010** _____   Signature  **/s/ Miroslaw Schidzikowski**
                                                      **Miroslaw Schidzikowski**
                                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
A-1 Fasteners, Inc
4820 S Central Ave
Chicago, IL 60638


advanced Horizons, Inc
323 Ferndale Ave
Elmhurst, IL 60126


Advantage Chevrolet
9510 W. joliet Rd
La Grange, IL 60525


American Express
P.O. Box 297879
Fort Lauderdale, FL 33329


Arrow Uniform Rental, Inc
640 Monroe Blvd
Taylor, MI 48180


Bank of America
135 S. LaSalle St.
Suite 1025
Chicago, IL 60603


Bank of America
PO BOX 851001
Dallas, TX 75285-1001


Bank of America
PO Box 851001
Dallas, TX 75285


Blue Cross Blue Shield
300 E. Randolph St
Chicago, IL 60601


Buol's Body Shop Supply, Inc
7752 W 60th
Summit Argo, IL 60501


Cal tech Supplies, Inc.
4936 N Wolcott Ave
Chicago, IL 60640
```

CEP America illinois PC
1601 Cummmins Dr Ste D 11
Modesto, CA 95358


Excell Fastener Solutions, Inc
800 State St In
Lemont, IL 60439


Fastenal Company
4320 First Ave Units 105-106
Lyons, IL 60534


Flood Brothers Disposal & Recycling
17 W 697 Butterfield Rd Suite E
Oakbrook, IL 60181


GMAC
PO. BOX 9001948
Louisville, KY 40290-1948


Great Lakes Distributing, Inc
2601 Bernice Rd
Lansing, IL 60438


Health Concepts, LLC.
566 W lake St
Chicago, IL 60661


Heritage Krystal Clean
5301 W 65th St
Bedford Park, IL 60638


Home Depot Credit Services
P.O. Box 6031
The Lakes, NV 88901-6925


Illinois Department of Revenue
Retailer's Occupation Tax
Springfield, IL 62796


JD Factors
301 South County Farm Road
Suite C
Wheaton, IL 60187

Law Office of Karen Walin
13161 W. 143rd Street
Suite 102
Homer Glen, IL 60491


Law Office of Robin R. Welgat
114 North Hale Street
Suite D
Wheaton, IL 60187


MacNeal Phy Grp
6645 Pasphere Corcle
Chicago, IL 60674


McNeal Hospital
3249 S Oak Park Ave
Berwyn, IL 60402


McNeal Phy Grp
6645 Paysphere Circle
Chicago, IL 60674


National City
PO Box 856177
Louisville, KY 40285


Nicor Gas
PO Box 2020
Aurora, IL 60507


Pima Lyons
2124 E. 175th
Lansing, IL 60438


R&K Supplies, Inc
101 S. Addison Rd
Addison, IL 60101


Schiolzikowski Transport
14462 W Rathforn Dr
Homer Glen, IL 60491


Select PEO, Inc.
13412 W Star
Shelby Twp, MI 48315

Southwest Spring, Inc
3863 W. Columbus Ave
Chicago, IL 60652


The Welding Center, Inc
7400 S Central Ave
Bedford Park, IL 60638


Transportation Parts Unlimited, Inc
7800 W 60th Place
Summit Argo, IL 60501


Valspar
1101 S 3rd Street
Minneapolis, MN 55415


Z Prints
5257 N Central Ave
Chicago, IL 60630


ZEP Manufacturing Company
13237 collections Center Dr
Chicago, IL 60693