# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| USP TRANS, INC., | ) | NO.:  10-14553 |
| | ) | |
| DEBTOR. | ) | JUDGE:  PAMELA S. HOLLIS |

## NOTICE OF MOTION

TO: William T. Neary, Office of the U.S. Trustee, 219 S. Dearborn, Room 873, Chicago, IL 60604
USP TRANS, INC., 8001 W. 47th Street Lyons, IL 60534

& ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that I shall appear before the Honorable PAMELA S. HOLLIS in the Courtroom 644 in the U.S. Courthouse at 219 South Dearborn Street, Chicago, Illinois on April 8, 2010 at 10:00 a.m. and then and there present the attached Motion.

__/s/ *Debra J. Vorhies Levine*____
DEBRA J. VORHIES LEVINE;

## AFFIDAVIT OF SERVICE

The undersigned attorney hereby certifies that she served a copy of the attached motion and this Notice of Motion on the above named person(s) by placing a copy of same in an envelope addressed as stated above, postage prepaid, and placing same in the U.S. Mail on April 1, 2010 before 5:00 p.m.

_____/s/ *Debra J. Vorhies Levine*_____
DEBRA J. VORHIES LEVINE

Debra Vorhies Levine
LAW OFFICES OF DEBRA V. LEVINE
53 W. Jackson Blvd., Suite 404
Chicago, IL  60604
(312) 259-5970
#6239484

**SERVICE LIST**

| | | |
|---|---|---|
| **A-1 Fasteners, Inc**<br>4820 S Central Ave<br>Chicago, IL 60638 | **advanced Horizons, Inc**<br>323 Ferndale Ave<br>Elmhurst, IL 60126 | **Advantage Chevrolet**<br>9510 W. joliet Rd<br>La Grange, IL 60525 |
| **American Express**<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329 | **Arrow Uniform Rental, Inc**<br>640 Monroe Blvd<br>Taylor, MI 48180 | **Bank of America**<br>135 S. LaSalle St.<br>Suite 1025<br>Chicago, IL 60603 |
| **Bank of America**<br>PO BOX 851001<br>Dallas, TX 75285-1001 | **Bank of America**<br>PO Box 851001<br>Dallas, TX 75285 | **Blue Cross Blue Shield**<br>300 E. Randolph St<br>Chicago, IL 60601 |
| **Buol's Body Shop Supply, Inc**<br>7752 W 60th<br>Summit Argo, IL 60501 | **Cal tech Supplies, Inc.**<br>4936 N Wolcott Ave<br>Chicago, IL 60640 | **CEP America illinois PC**<br>1601 Cummmins Dr Ste D 11<br>Modesto, CA 95358 |
| **Excell Fastener Solutions, Inc**<br>800 State St In<br>Lemont, IL 60439 | **Fastenal Company**<br>4320 First Ave Units 105-106<br>Lyons, IL 60534 | **Flood Brothers Disposal & Recycling**<br>17 W 697 Butterfield Rd Suite E<br>Oakbrook, IL 60181 |
| **GMAC**<br>PO. BOX 9001948<br>Louisville, KY 40290-1948 | **Great Lakes Distributing, Inc**<br>2601 Bernice Rd<br>Lansing, IL 60438 | **Health Concepts, LLC.**<br>566 W lake St<br>Chicago, IL 60661 |
| **Heritage Krystal Clean**<br>5301 W 65th St<br>Bedford Park, IL 60638 | **Home Depot Credit Services**<br>P.O. Box 6031<br>The Lakes, NV 88901-6925 | **Illinois Department of Revenue**<br>Retailer's Occupation Tax<br>Springfield, IL 62796 |
| **JD Factors**<br>301 South County Farm Road<br>Suite C<br>Wheaton, IL 60187 | **Law Office of Karen Walin**<br>13161 W. 143rd Street<br>Suite 102<br>Homer Glen, IL 60491 | **Law Office of Robin R. Welgat**<br>114 North Hale Street<br>Suite D<br>Wheaton, IL 60187 |

| | | |
|---|---|---|
| **MacNeal Phy Grp**<br>**6645 Pasphere Corcle**<br>**Chicago, IL 60674** | **McNeal Hospital**<br>**3249 S Oak Park Ave**<br>**Berwyn, IL 60402** | **McNeal Phy Grp**<br>**6645 Paysphere Circle**<br>**Chicago, IL 60674** |
| **National City**<br>**PO Box 856177**<br>**Louisville, KY 40285** | **Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507** | **Pima Lyons**<br>**2124 E. 175th**<br>**Lansing, IL 60438** |
| **R&K Supplies, Inc**<br>**101 S. Addison Rd**<br>**Addison, IL 60101** | **Schiolzikowski Transport**<br>**14462 W Rathforn Dr**<br>**Homer Glen, IL 60491** | **Select PEO, Inc.**<br>**13412 W Star**<br>**Shelby Twp, MI 48315** |
| **Southwest Spring, Inc**<br>**3863 W. Columbus Ave**<br>**Chicago, IL 60652** | **The Welding Center, Inc**<br>**7400 S Central Ave**<br>**Bedford Park, IL 60638** | **Transportation Parts Unlimited,Inc**<br>**7800 W 60th Place**<br>**Summit Argo, IL 60501** |
| **Valspar**<br>**1101 S 3rd Street**<br>**Minneapolis, MN 55415** | **Z Prints**<br>**5257 N Central Ave**<br>**Chicago, IL 60630** | **ZEP Manufacturing Company**<br>**13237 collections Center Dr**<br>**Chicago, IL 60693** |

**James Phelan, AVP**
**Bank of America**
**135 S. LaSalle Street Suite 1025**
**Chicago, IL 60603**

**Chip Wiley, Senior VP**
**JD Factors**
**301 S. County Farm Road, Suite C**
**Wheaton, IL  60187**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| USP TRANS, INC., | ) | NO.:  10-14553 |
| | ) | |
| DEBTOR. | ) | JUDGE:  PAMELA S. HOLLIS |

## **DEBTOR'S MOTION TO ALLOW INTERIM USE OF CASH COLLATERAL**

NOW COMES USP TRANS, INC., by and through her attorney, Debra V. Levine and moves this Honorable Court to enter an order pursuant to Section 363 of the Bankruptcy Code, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 4001-2 for authority to use cash collateral and in support thereof states as follows

1. On April 1, 2010 Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division seeking to reorganize under Chapter 11 of the Bankruptcy Code.

2. Debtor is now operating as a debtor in possession. No trustee, examiner, or committee of unsecured creditors has been appointed to serve in this case.

3. Debtor is an Illinois corporation with a principal place of business located at 8001 W. 47th Street Lyons, IL 60534.

4. JD Factors and Bank of America both claim a security interest in all pre-petition assets and receivables of the Debtor based upon certain pre-petition obligations.

5. An immediate need exists for the Debtor to use cash collateral in order to continue the operation of its business.  Pursuant to 11 U.S.C. §363, the proceeds of accounts receivable, contract rights, inventory and general intangibles are cash collateral.

6. If the Debtor does not receive authority to use cash collateral, the Debtor will be unable to make its required inventory purchases, rent expenditures, utility expenditures, and payroll.  Should these events occur, the Debtor will no longer be able to operate.

7. The Debtor requests to use cash collateral as provided for on the budget attached hereto as exhibit A.

8. The Debtor's estate is more valuable as a going concern than as a liquidated entity, therefore the use of cash collateral is essential.

8. As and for adequate protection of JD Factor's interest in the cash collateral, the Debtor proposes:

    (a) JD Factor be granted valid and perfected replacement liens in the cash collateral to the same extent and with the same priority as held prepetition.

    (b) That the Debtor and JD Factor continue their prepetition relationship by which Debtor submits its invoices to JD Factor in exchange for receiving 85% of their value followed by an additional 10% upon collection of the invoices with an approximate charge of 5% by JD Factor.

9. As and for adequate protection of Bank of America's interest in the cash collateral, the Debtor proposes:

    (a) Bank of America be granted valid and perfected replacement liens in the cash collateral to the same extent and with the same priority held prepetition.

    (b) That the Debtor shall pay Bank of America as and for adequate protection interest payments on the various loans secured by the cash collateral on or before April 12, 2010 and every month thereafter on or before the 12th of the month according to the following schedule:

| Loan Number | Interest payment |
| --- | --- |
| 59 | $757.07 |
| 67 | $908.51 |
| 75 | $2,333.33 |
| | |

10. For the reasons set forth herein, this Honorable Court should grant the relief requested in this motion.

WHEREFORE, the Debtor, USP TRANS, INC., respectfully requests this Honorable Court to enter an interim order allowing the Debtor to use the cash collateral, setting a date for a final hearing on the motion, and for any other relief deemed necessary and just.

                                        Respectfully submitted,
                                        ***/s/ Debra J. Vorhies Levine***

Debra J. Vorhies Levine
Law Offices of Debra V. Levine
53 W. Jackson Blvd., Suite 404
Chicago, IL  60604
(312) 259-5970
#6239484

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| USP TRANS, INC., | ) | NO.:  10-14553 |
| | ) | |
| DEBTOR. | ) | JUDGE:  PAMELA S. HOLLIS |

**INTERIM ORDER ALLOWING USE OF CASH COLLATERAL**

THIS MATTER COMING BEFORE THE COURT on Debtor's INTERIM MOTION TO USE CASH COLLATERAL, all parties having been given due notice present or represented by council, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

A. The Debtor is authorized in the interim to use cash collateral in the approximate amount of $310,784.91 to pay the ordinary expenses of the operation of the Debtor's business from the cash generated from the regular operations of the business in the manner described in the budget attached hereto as Exhibit A from the date of this order until the date of the final hearing set in Paragraph B of this interim order.

B. That JD Factors shall have valid and perfected replacement liens in the cash collateral to the same extent and with the same priority as held prepetition.

C. That as and for adequate protection to JD Factors, the Debtor shall maintain the current relationship with JD Factors.

D. That Bank of America shall have valid and perfected replacement liens in the cash collateral to the same extent and with the same priority as held prepetition.

E. That as and for adequate protection to Bank of America shall receive interest payments on the principal balances due in the amounts of $757.07 for loan numbered 59, $908.51 for loan numbered 67 and $2,333.33 for loan number 75.

F. This matter is set for a final hearing on _____, 2010 at _____.

DATED:_____          ENTER

_____
JUDGE

Debra Vorhies Levine
DVL Law Offices
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
#6239484