UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10 B 14553 |
| | ) | |
| USP TRANS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO DEBRA J. VORHIES LEVINE AND DVL LAW OFFICES, LLC,
ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF SECOND
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
[EOD # 169]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 21,989.50 | TOTAL COSTS REQUESTED: | $ 720.85 |
| TOTAL FEES REDUCED: | $ 2,285.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 19,704.50 | TOTAL COSTS ALLOWED: | $ 720.85 |

**TOTAL FEES AND COSTS ALLOWED: $ 20,425.35**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(8)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**(9)  No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

ENTERED:

Date: MAY 2 4 2011

PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | | Description | |
|---|---|---|---|
| 12/01/2010 | DVL | Amending Plan and Disclosure Statement | .5 |
| 12/06/2010 | DVL | Amending Plan and Disclosure Statement | 1.2 |
| 12/08/2010 | DVL | Reviewed and filed Amended Plan and Disclosure Statement | .5 |
| 12/08/2010 | DVL | Drafted, reviewed, and filed Motion to extend time to confirm plan | 2 |
| 12/09/2010 | DVL | Appeared at hearing on status, cash collateral, and case Management | .5 |
| 12/13/2010 | DVL | Reviewing and drafting edits to Ninth Cash Collateral Order | 1.4 |
| 12/14/2010 | DVL | Drafting edits to Ninth Cash Collateral Order | 3 |
| 12/15/2010 | DVL | Reviewed and filed proposed order | 1 |
| 12/16/2010 | DVL | Appeared at hearing on motion to extend, Cash Collateral, and Motion to Amend | .5 |
| 1/04/2011 | DVL | Amending, reviewing, and filing Amended Schedule F | 2 |
| 1/06/2011 | DVL | Amended, reviewed, and filed Amended Plan and Disclosure Statement | 2 |
| 1/11/2011 | DVL | Appeared at hearing on status, Cash Collateral | .5 |
| 1/12/2011 | DVL | Reviewed and filed November 2010 Monthly Report | 1.0 |
| 1/14/2011 | DVL | Drafting Motion to Conditionally Approve and Motion to Extend Confirmation Date | 5.6 |
| 1/14/2011 | DVL | Editing Amended Plan and Disclosure Statement | 1.5 |
| 1/17/2011 | DVL | Reviewed and Filed Motion to Conditionally Approve and Motion to Extend Confirmation Date | 1.5 |
| 1/17/2011 | DVL | Reviewed and filed Amended Plan and Disclosure Statement | .5 |
| 1/18/2011 | Par | Mailing Motion to Conditionally Approve and Motion to Extend Confirmation Date ⑧ (− $160) | 2 |
| 1/18/2011 | DVL | Appeared at hearing on status, Cash Collateral | .5 |
| 1/21/2011 | DVL | Drafting Exhibit to Disclosure Statement Amendments | .5 |
| 1/24/2011 | DVL | Drafting Exhibit to Disclosure Statement Amendments | 1.2 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/24/2011 | DVL | Amended Exhibits to Disclosure Statement and filed | 2.5 |
| 1/24/2011 | BJS | Clerical: Emailed Amended Exhibits to U.S. Trustees Office (-$8.00) (8) | .1 |
| 1/25/2011 | DVL | Drafting voting ballots | .5 |
| 1/25/2011 | BJS | Clerical: Phone Call with USP Trans, Inc. Re: Discussing finances (-$8.00) (8) | .1 |
| 1/25/2011 | DVL | Appeared at hearing on status, Cash Collateral, Motion to Extend, and Scheduling | .5 |
| 1/25/2011 | DVL | Editing Cash Collateral Order | 1 |
| 1/25/2011 | DVL | Editing Exhibit: Liquidation Analysis, Exhibit E to Disclosure Statement | 1.5 |
| 1/25//2011 | DVL | Reviewed and Filed December 2010 Monthly Report | 1.0 |
| 1/27/2011 | DVL | Drafted and Filed Proposed Order | .8 |
| 1/27/2011 | DVL | Appeared at hearing on status, Cash Collateral, Motion to Extend, and Scheduling | .5 |
| 1/31/2011 | DVL | Drafting voting ballots | 5 |
| 1/31/2011 | BJS | Clerical: Preparing and mailing ballots (-$60.00) (8) | 2 |
| 1/31/2011 | Par | Preparing and mailing ballots | .9 |
| 1/31/2011 | LC | Preparing and mailing ballots | 1 |
| 2/01/2011 | DVL | Certificate of Service Drafted and Filed. Re: Service of Ballots, Plan, Disclosure Statement, and Order | .5 |
| 2/18/2011 | DVL | Reviewed and Filed January 2011 Monthly Report | 1.0 |
| 2/22/2011 | BJS | Clerical: Email correspondence regarding Trustee's Fees (-$24.00) (8) | 3 |
| 3/3/2011 | DVL | Drafting Ballot report forms | 3 |
| 3/6/2011 | DVL | Drafting order for confirmation of chapter 11 plan | 1 |
| 3/7/2011 | DVL | Drafting order for confirmation of chapter 11 plan and reviewing Bank loan agreement documents | .7 |
| 3/8/2011 | DVL | Appeared at confirmation hearing | .5 |
| 3/8/2011 | DVL | Drafting declaration affidavit | 2.5 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 3/10/2011 | DVL | Amended confirmation order | .5 |
| 3/10/2011 | DVL | Appeared at confirmation hearing | 1 |
| 3/14/2011 | DVL | Drafting notice of confirmation | .5 |
| 3/15/2011 | DVL | Met with client to discuss confirmation of plan | 2.5 |
| 3/21/2011 | DVL | Reviewed and filed February 2011 operating report | 1 |
| 4/27/2011 | DVL | Reviewed and filed March 2011 operating report | 1 |
| 4/27/2011 | DVL | Preparing Motion for Fees | 2.0 |

⑨  (handwritten annotation bracketing the above entries)

7 hrs × $275/hr = (-$1,925) (handwritten annotation)

| | |
|---|---|
| Attorney Hours Expended | 78.1 |
| Attorney Hours Billed | 78.1 |
| Attorney Rate | 275/hour |
| Attorney Total | $21,477.50 |
| Paraprofessional/Clerical Time Expended | 6.4 |
| Paraprofessional Time Billed | 6.4 |
| Paraprofessional Rate | 80/hour |
| Paraprofessional Total | $512.00 |
| Total Class A Fees Requested | $21,989.50 |

B. Cash Collateral

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/28/2010 | DBR | Appeared on Seventh Interim continued Cash Collateral | .5* |
| 12/09/2010 | DVL | Appeared at hearing on status, cash collateral, and case Management | .5* |
| 12/13/2010 | DVL | Reviewing and drafting edits to Ninth Cash Collateral Order | 1.4* |
| 12/14/2010 | DVL | Drafting edits to Ninth Cash Collateral Order | 3* |
| 12/15/2010 | DVL | Reviewed and filed proposed order | 1* |
| 12/16/2010 | DVL | Appeared at hearing on motion to extend, Cash Collateral, and Motion to Amend | .5* |
| 1/11/2011 | DVL | Appeared at hearing on status, Cash Collateral | .5* |
| 1/18/2011 | DVL | Appeared at hearing on status, Cash Collateral | .5* |
| 1/25/2011 | DVL | Appeared at hearing on status, Cash Collateral, Motion to Extend, and Scheduling | .5* |
| 1/25/2011 | DVL | Editing Cash Collateral Order | 1* |