UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-14553 |
| | ) | |
| USP TRANS INC., | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

Upon the Motion for Entry of a Final Decree under 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022 Closing Chapter 11 Case (the "Motion") filed by Reorganized USP Trans Inc.; this Court (i) having jurisdiction over the matters set forth in the Motion, (ii) finding that notice of the Motion was appropriate under the circumstances and that no further notice is required, and (iii) finding that good and sufficient cause exists to grant the relief requested in the Motion;
IT IS HEREBY ORDERED THAT:

1. The Motion is granted in all respects; and

2. The Clerk of the Court is directed to close the captioned Chapter 11 case.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: OCT 2 0 2011

**Prepared by:**

Debra J. Vorhies Levine
DVL LAW OFFICES, LLC
53 W. Jackson Blvd. Suite 1001
Chicago, IL 60604
(312) 880-0224
#6239484

Rev: 201100318_bko